IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MARLON SAUL BARCARCEL PEREZ,
and JOSE RICARDO MARRON OLVERA,

        Petitioners,

v.                              CIVIL ACTION NO.  2:26-cv-00108

CHRISTOPHER MASON, et al.,

        Respondents.

**ORDER**

Upon review of the *Motion to Waive Certain Requirements of L.R. Civ. P. 83.6 and for Pro Hac Vice Admission of Co-Counsel* (Document 18), for good cause shown and in light of the volume of similar cases and the financial burden on the nonprofit legal services organizations involved, the Court **ORDERS** that Jonathan Sidney be admitted as *pro hac vice* co-counsel without payment of the Visiting Attorney Fee and the West Virginia State Bar *Pro Hac Vice* Fee.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:        February 20, 2026

        */s/ Irene C. Berger*
        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA